```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
            -v.-                    :    06 Cr. 506 (PAC)
                                    :
YUBEL MENDEZ,                       :
                                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 OCT 2011

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Alvin L. Bragg, Jr., of counsel, it is hereby ORDERED that the time from today's date through 11-09-11, 2011 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue to discuss a resolution of this matter. *The next PTC is set for 11-9-11 at 2:15 PM in Courtroom 20-C.*

SO ORDERED.

_____
HON. PAUL A. CROTTY

Dated: New York, New York
       October 17, 2011