```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                          WAIVER OF INDICTMENT
         -v.-                      :
                                          S1 06 Cr. 506 (PAC)
YUBEL MENDEZ,                      :
 a/k/a "Oregano,"
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846 and 963, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 03 2011

Date: New York, New York
      ~~October~~ , 2011
      November 3