```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                                Electronic Filing
UNITED STATES OF AMERICA,         :
                                                NOTICE OF ATTORNEY
          - v. -                  :             APPEARANCE AND REQUEST
                                                FOR ELECTRONIC NOTIFICATION
YUBEL MENDEZ-MENDEZ,              :
                                                06 Cr. 506 (PAC)
              Defendant.          :

- - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

By:  /s/ Christian R. Everdell
    Christian R. Everdell
    Assistant United States Attorney
    United States Attorney's Office
    One St. Andrew's Plaza
    New York, NY 10007
    Tel.: (212) 637-2556
    Fax:  (212) 637-2620
    Email: christian.everdell@usdoj.gov

cc: Counsel of Record (via ECF)